**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FREDERICK WALKER,

    Plaintiff,

v.                                           Case No. 06-CV-14755

ALLSTATE INSURANCE COMPANY,

    Defendant.
                                          /

**ORDER GRANTING DEFENDANT'S MOTION FOR ORDER REQUIRING
"CUSTOM CLOSING SERVICES" AND
"CBD CREDIT PLUS CREDIT"
TO SHOW CAUSE WHY EACH SHOULD NOT BE HELD IN CONTEMPT OF COURT**

Defendant Allstate Insurance Company has filed a motion for an order requiring non-parties Custom Closing Services ("Custom Closing")[1] and CBD Credit Plus ("CBD") to show cause why each should not be held in contempt of court for failure to respond to a valid subpoena.

Defendant avers that it is seeking to verify whether Plaintiff Frederick Walker took steps to sell or rent to Diondre Boyd a house that is the subject of the parties' insurance dispute. (Def.'s Mot. at ¶ 5.) It alleges that on May 2, 2007 it served CBD and Custom Closing with subpoenas requesting all records from 2005 relating to a mortgage application and/or approval in the name of Plaintiff or Boyd for the house in question. (*Id.* at ¶ 6.) Defendant further avers that both CBD and Custom Closing have refused to

---

[1] "Custom *Closing* Services," the entity to which the subpoena was directed was misspelled "*Clothing*" in the caption and at least one other place in Defendant's motion.

comply with the subpoena. (*Id.* at ¶¶ 7-8.) The court is persuaded that Defendant's motion should be granted.

IT IS ORDERED that Defendant's "Motion for Order to Show Cause Against Custom Clo[s]ing Services and CBD Credit Plus Credit" [Dkt # 23] is GRANTED.

IT IS FURTHER ORDERED that Custom Closing Services and CBD Credit Plus Credit shall appear[2] in United States District Court, Courtroom 712, on **August 1, 2007 at 2:00 p.m.** for each to explain why each should not be held in **contempt of court for failure to comply with a valid subpoena.**

IT IS FURTHER ORDERED that Defendant shall forthwith 1) SERVE a copy of this Order and Notice upon Custom Closing and CBD, 2) FILE A PROOF OF SERVICE as to each, and 3) FILE A SIGNED, SERVED COPY OF EACH UNDERLYING SUBPOENA.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: July 25, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 25, 2007, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522

---

[2] If either entity is a corporation, it must be represented in court by an attorney. *See Doherty v. Am. Motors Corp.,* 728 F.2d 334, 340 (6th Cir.1984); *Ginger v. Cohn,* 426 F.2d 1385, 1386 (6th Cir.1970).